UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>                              Plaintiff,<br>v.<br>SFR INVESTMENTS POOL 1, LLC, et al.,<br><br>                              Defendants. | Case No. 2:15-cv-01423-JCM-PAL<br><br>ORDER<br><br>(Mot. Subst. Atty – Dkt. #30) |

This matter is before the court on Defendant Antelope Canyon HOA's Substitution of Counsel (Dkt. #30) filed November 17, 2015. James W. Pengilly and Elizabeth Lowell of the Pengilly Law Firm seek leave to be substituted in the place and stead of Jordan Butler, Justin Jones and Gregory Kerr of Wolf Rifkin Shapiro Schulman & Rabkin, LLP for Defendant Antelope Canyon HOA. LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that:

1. The Motion to Substitute Attorney (Dkt. #30) is **APPROVED**.
2. James W. Pengilly and Elizabeth Lowell of the Pengilly Law Firm are substituted in the place of Jordan Butler, Justin Jones and Gregory Kerr of Wolf Rifkin Shapiro

///

///

///

Schulman & Rabkin, LLP for Defendant Antelope Canyon HOA, subject to the provisions of LR IA 10-6(c) and (d).

DATED this 17th day of November, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE