UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| U.S. BANK NATIONAL ASSOCIATION, | Case No. 2:15-cv-01423-JCM-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | (Mot to File – ECF No. 52) |
| SFR INVESTMENTS POOL 1, LLC, et al., | (Mot for Order – ECF No. 54) |
| Defendants. | |

Defendant Allessi & Koenig, LLC moves for leave to exceed the page limit imposed by Local Rule 7-3(b) in order to file a 49-page brief in support of its declaration of non-monetary status. Alessi & Koenig has not shown good cause to exceed the page limit, and certainly not by more than double the page limit. LR 7-3(c). The filing of a declaration of non-monetary status does not require extensive briefing, and the memorandum is replete with unnecessary history, commentary, and argument. Therefore,

**IT IS ORDERED** that:

1. Defendant Alessi & Koenig, LLC's Motion for Leave to File Excess Pages (ECF No. 52) is **DENIED**.
2. Defendant Alessi & Koenig, LLC's Motion for Order Granting Non-Monetary Status (ECF No. 54) is **STRICKEN**.

DATED this 8th day of August, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE