ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
BRETT M. COOMBS, ESQ.
Nevada bar No. 12570
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: brett.coombs@akerman.com

*Attorneys for U.S. Bank, N.A., as Trustee for the Holders of the WMALT 2006-AR Trust, Nationstar Mortgage LLC, and Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE WMALT 2006-AR8 TRUST,<br><br>　　　　Plaintiff,<br>vs.<br><br>ANTELOPE CANYON HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1 LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　Defendants. | Case No.: 2:15-cv-01423-JCM-PAL<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |
| SFR INVESTMENTS POOL 1 LLC, a Nevada limited liability company,<br><br>　　　　Counter-Claimant,<br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE WMALT 2006-AR8 TRUST; BANK OF AMERICA, N.A., a national association; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; WELLS FARGO, N.A.; and GAIL BUNDY, an individual,<br><br>　　　　Counter-Defendant/Cross-Defendants. | |

{39507596;1}　　　　　　　　　　　　　1

|   |   |
|---|---|
| ANTELOPE CANYON HOMEOWNERS ASSOCIATION, | |
| Third-Party Plaintiff, | |
| v. | |
| ALESSI & KOENIG, LLC, A Nevada limited liability company, | |
| Third-Party Defendant. | |

Plaintiff and counter-defendant U.S. Bank National Association, as Trustee for the Holders of the WMALT 2006-AR8 Trust (**U.S. Bank**) and cross-defendants Bank of America, N.A. (**BANA**) and Nationstar Mortgage LLC (**Nationstar**) (U.S. Bank, BANA, and Nationstar are collectively referred to as the **Bank Parties**), by and through its counsel of record, Akerman LLP, hereby provide notice that Donna M. Wittig, Esq. is no longer associated with the firm of AKERMAN LLP. The Bank Parties request that Ms. Wittig be removed from the Court's CM/ECF service list.

AKERMAN LLP will continue to represent the Bank Parties and request that Ariel E. Stern and Brett M. Coombs, Esq. receive all future notices.

Respectfully submitted, this 13th day of September, 2016.

**AKERMAN LLP**

*/s/ Brett M. Coombs*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for U.S. Bank, N.A., as Trustee for the Holders of the WMALT 2006-AR Trust, Nationstar Mortgage LLC, and Bank of America, N.A.*

IT IS SO ORDERED this 14th day of September, 2016.

Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Akerman LLP, and that on this 13th day of September, 2016 and pursuant to FRCP 5(b), I caused to be served a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL**, through this Court's CM/ECF electronic filing system to the following parties:

Diana S. Cline, Esq.
Jacqueline A. Gilbert, Esq.
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139
Email:  diana@kgelegal.com
Email:  jackie@kgelegal.com

*Attorneys for SFR Investments Pool 1, LLC*

Steven T. Loizzi, Jr., Esq.
ALESSI & KOENIG, LLC
9500 West Flamingo Road, Suite 205
Las Vegas, Nevada  89147-5721
Email: steve@alessikoenig.com

*Attorney for Alessi & Koenig, LLC*

James W. Pengilly, Esq.
Elizabeth B. Lowell, Esq.
PENGILLY ROBBINS
1995 Village Center Circle, Suite 190
Las Vegas, Nevada  89134-0562
Email: jpengilly@pengillylawfirm.com

*Attorneys for Antelope Canyon Homeowners Association*

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Josephine Washenko*
　　　　　　　　　　　　　　　　　　　　　　　An employee of AKERMAN LLP