UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

U.S. BANK NATIONAL ASSOCIATION,

                Plaintiff(s),

    v.

ANTELOPE CANYON HOMEOWNERS
ASSOCIATION, et al.,

                Defendant(s).

Case No. 2:15-CV-1423 JCM (PAL)

ORDER

      Presently before the court is the matter of *U.S Bank N.A. v. Antelope Canyon Homeowners Association et al*, case no. 2:15-cv-01423-JCM-PAL.

      On September 26, 2016, Magistrate Judge Leen granted a stay in the instant action "until the order of mandate is entered in the *Bourne Valley* decision." (ECF No. 65). On July 3, 2017, the court issued an order lifting the stay in the *Bourne Valley* case due to the United States Supreme Court's denial of plaintiff's petition for certiorari. *Bourne Valley Court Trust v. Wells Fargo Bank, N.A. et al*, no. 2:13-cv-00649-JCM-GWF (ECF No. 75).

      Accordingly,

      IT IS HEREBY ORDERED that the clerk shall lift the stay in the instant case.

      DATED THIS 23rd day of April, 2018.

                                    JAMES C. MAHAN
                                    UNITED STATES DISTRICT JUDGE