UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff(s),<br><br>v.<br><br>ANTELOPE CANYON HOMEOWNERS ASSOCIATION, et al.,<br><br>Defendant(s). | Case No. 2:15-CV-1423 JCM (PAL)<br><br>ORDER |

Presently before the court is the matter of *U.S. Bank N.A. v. Antelope Canyon Homeowners Association, et al.*, Case No. 2:15-cv-01423-JCM-PAL.

On January 13, 2021, this court amended its certification order to state expressly that "there is no just reason for delay" upon motion from the plaintiffs. (ECF No. 98). However, the appellate panel has found that this court "lacked jurisdiction to amend its December 9, 2020, certification order while the issue of its sufficiency was before the court of appeals." (ECF No. 101). The panel has "nevertheless accepted the district court's amended certification order as an indication that the district court would grant appellants' motion for an amended Rule 54(b) certification," and remanded this matter "for the limited purpose of ruling on that motion." (*Id.*).

With this matter now properly before this court, the motion to alter or amend the court's December 9, 2020, order granting the renewed motion to certify the court's March 15, 2017, judgment as final, (ECF No. 94), filed by plaintiff and counter-defendant U.S. Bank National Association, as Trustee for the Holders of the WMALT 2006-AR8 Trust and cross-defendants Bank of America, N.A. and Nationstar Mortgage LLC (collectively, the "bank parties") is granted.

**James C. Mahan**
**U.S. District Judge**

(ECF No. 97).  The court, having reviewed the motion and being fully advised in its premises, finds it should be granted.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the court's December 9, 2020 order, (ECF No. 94), is hereby amended (1) to state there is no just reason for delay of entry of final judgment against the bank parties on the bank parties' declaratory relief/quiet title claim and defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC's ("SFR") counter- and crossclaims for quiet title/declaratory judgment and (2) confirm the court's May 31, 2018 judgment, (ECF No. 78), is a final judgment as to the bank parties' declaratory relief/quiet title claim and SFR's quiet title/declaratory judgment counter- and cross-claims against the bank parties.

DATED March 12, 2021.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**