UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE WMALT 2006-AR8 TRUST,<br><br>        Plaintiff(s),<br><br>v.<br><br>ANTELOPE CANYON HOMEOWNERS' ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>        Defendant(s). | 2:15-cv-01423-JCM-VCF<br><br>**ORDER** |

      Before the Court is Antelope Canyon Homeowners' Association's notice of settlement (ECF NO. 119).

      Accordingly,

      IT IS HEREBY ORDERED that US Bank National Association as Trustee for the Holders of the WMALT 2006-AR8 Trust, and Antelope Canyon Homeowners' Association, must file a proposed stipulation and order for dismissal on or before May 22, 2023.

      IT IS FURTHER ORDERED that Antelope Canyon Homeowners' Association is excused from participating in the April 24, 2023, settlement conference.

      DATED this 19th day of April 2023.

                                                        _____<br>                                                         CAM FERENBACH<br>                                                         UNITED STATES MAGISTRATE JUDGE