**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE WMALT 2006-AR8 TRUST,<br><br>Plaintiff(s),<br><br>v.<br><br>ANTELOPE CANYON HOMEOWNERS' ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendant(s). | 2:15-cv-01423-JCM-VCF<br><br>**ORDER** |

Before the court is *U.S. Bank National Association, as Trustee for the Holders of the WMALT 2006-AR8 Trust v. Antelope Canyon Homeowners' Association; SFR Investment Pool 1, LLC*, case number 2:15-cv-1423-JCM-VCF.

On April 18, 2023, plaintiff US Bank National Association as Trustee for the Holders of the WMALT 2006-AR8 Trust, (U.S. Bank) and Antelope Canyon Homeowners' Association ("Association") filed a notice of settlement stating that they have reached an agreement on all material terms required to resolve the claims in this action. (ECF No. 119). The parties stated that they were going to file a stipulation for dismissal in 30 days. On April 19, 2023, the court ordered US Bank National Association as Trustee for the Holders of the WMALT 2006-AR8 Trust, and Antelope Canyon Homeowners' Association to file a proposed stipulation and order for dismissal by May 22, 2023. (ECF NO. 120). The proposed stipulation and order for dismissal has not been filed by US Bank National Association as Trustee for the Holders of the WMALT 2006-AR8 Trust, and Antelope Canyon Homeowners' Association.

On April 24, 2023, the court held a settlement conference and conferred with U.S. Bank National Association, as Trustee for the Holders of the WMALT 2006-AR8 Trust and SFR Investment Pool 1,

LLC. (ECF NO. 121). A settlement agreement was reached, and the parties were ordered to file a proposed stipulation and order for dismissal by June 26, 2023. *Id.*

To date, no proposed stipulation and order for dismissal has been filed.

Accordingly,

IT IS HEREBY ORDERED that an in-person status hearing is scheduled for 10:00 AM, July 17, 2023, in Courtroom 3D. The hearing will be vacated if both proposed stipulations and orders for dismissal are filed.

DATED this 27th day of June 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE