SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: scott.lachman@akerman.com
Email: lilith.xara@akerman.com

*Attorneys for U.S. Bank National Association, as Trustee for the Holders of the WMALT 2006-AR8 Trust, Nationstar Mortgage LLC, and Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE WMALT 2006-AR8 TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ANTELOPE CANYON HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.:  2:15-cv-01423-JCM-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION AS TO ANTELOPE CANYON HOMEOWNERS ASSOCIATION** |
| AND ALL RELATED CLAIMS. | |

. . .

. . .

. . .

. . .

. . .

. . .

{71568439;1}

PLEASE TAKE NOTE that U.S. Bank National Association, as Trustee for the Holders of the WMALT 2006-AR8 Trust, Nationstar Mortgage LLC, and Bank of America, N.A. (collectively **U.S. Bank**) and Antelope Canyon Homeowners Association, by and through their respective counsel of record, hereby stipulate that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a)(2) as to, and only as to, the claims of U.S. Bank against Antelope Canyon. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

DATED this 13th day of July, 2023.

| AKERMAN LLP | LEACH KERN GRUCHOW ANDERSON SONG |
|---|---|
| /s/ Lilith V. Xara <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> LILITH V. XARA, ESQ. <br> Nevada Bar No. 13138 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for U.S. Bank National Association, as Trustee for the Holders of the WMALT 2006-AR8 Trust, Nationstar Mortgage LLC, and Bank of America, N.A.* | /s/ Sean L. Anderson <br> SEAN L. ANDERSON, ESQ. <br> Nevada Bar No. 7259 <br> RYAN D. HASTINGS, ESQ. <br> Nevada Bar No. 12394 <br> 2525 Box Canyon Drive <br> Las Vegas, Nevada 89128 <br><br> *Attorneys for Antelope Canyon Homeowners Association* |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: July 17, 2023

2

{71568439;1}