SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:     (702) 634-5000
Facsimile:     (702) 380-8572
Email:  scott.lachman@akerman.com
Email:  lilith.xara@akerman.com

*Attorneys for U.S. Bank National Association, as Trustee for the Holders of the WMALT 2006-AR8 Trust, Nationstar Mortgage LLC, and Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE WMALT 2006-AR8 TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>ANTELOPE CANYON HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1 LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br><br>*and all related claims* | Case No.: 2:15-cv-01423-JCM-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING ON SETTLEMENT, ECF NO. 124** |

U.S. Bank National Association, as Trustee for the Holders of the WMALT 2006-AR8 Trust, Nationstar Mortgage LLC, Bank of America, N.A. (**BANA**) and SFR Investments Pool 1, LLC (**SFR**)

1. On July 17, 2023 this court conducted a status hearing on settlement. ECF No. 124.

2. At the time of the status hearing, it was represented by counsel that the settlement agreement was being modified in non-material ways and had not yet been executed.

72622891;1

3.     The court set a follow up hearing for September 15, 2023 at 3:00 p.m.

4.     Since this time, the parties have finalized the settlement agreement, and it was executed by BANA, Nationstar, and SFR as of September 6, 2023.

5.     The various payments from Nationstar and BANA are in the process of being drafted and submitted to counsel to deliver to SFR.

6.     Once the payments are delivered to SFR, the action will be dismissed.

7.     BANA and SFR request a continuance of the status hearing for (30) thirty days, until October 15, 2023, to ensure that there is time to finish settlement and dismiss the case.

8.     Undersigned counsel are confident this matter will be resolved shortly, now that the settlement agreement is fully executed. All counsel have been diligent in getting this resolved as quickly as possible. This request is made in good faith and not for the purpose of delay.

DATED: September 8, 2023                              Respectfully submitted,

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| /s/ *Lilith V. Xara* <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> LILITH V. XARA, ESQ. <br> Nevada Bar No. 13138 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for U.S. Bank National Association, as Trustee for the Holders of the WMALT 2006-AR8 Trust, Nationstar Mortgage LLC, and Bank of America, N.A.* | /s/ *Karen L. Hanks* <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> CHANTEL M. SCHIMMING, ESQ. <br> Nevada Bar No. 8886 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, NV 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**
IT IS HEREBY ORDERED that the hearing scheduled for September 15, 2023, is RESCHEDULED to in-person at 11:00 AM, October 16, 2023, in Courtroom 3D.

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE  Magistrate
Case No. 2:15-cv-01423-JCM-VCF

DATED: 9-8-2023