SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email:  scott.lachman@akerman.com
Email:  lilith.xara@akerman.com

*Attorneys for U.S. Bank National Association, as Trustee for the Holders of the WMALT 2006-AR8 Trust, Nationstar Mortgage LLC, and Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE WMALT 2006-AR8 TRUST, <br><br>                              Plaintiff, <br><br> v. <br><br> ANTELOPE CANYON HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, <br><br>                              Defendants. <br><br> AND ALL RELATED CLAIMS. | Case No.:  2:15-cv-01423-JCM-VCF <br><br> **STIPULATION AND ORDER DISMISSING ACTION AS TO ALL CLAIMS BETWEEN U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE WMALT 2006-AR8 TRUST AND SFR INVESTMENTS POOL 1, LLC** |

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1   PLEASE TAKE NOTE that U.S. Bank National Association, as Trustee for the Holders of

2   the WMALT 2006-AR8 Trust, Nationstar Mortgage LLC, and Bank of America, N.A. and SFR

3   Investments Pool 1, LLC, by and through their respective counsel of record, hereby stipulate that the

4   above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a)(2)

5   as to, and only as to, all claims between U.S. Bank against SFR. Each party shall bear its own

6   attorney's fees, prejudgment interest, and costs of suit. The parties also request the court vacate the

7   October 16, 2023 status hearing as moot.

8   DATED this 22nd day of September, 2023.

9

| AKERMAN LLP | HANKS LAW GROUP |
|---|---|
| /s/ *Lilith V. Xara* | /s/ *Karen L. Hanks* |
| SCOTT R. LACHMAN, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 9578 |
| LILITH V. XARA, ESQ. | CHANTEL M. SCHIMMING, ESQ. |
| Nevada Bar No. 13138 | Nevada Bar No. 8886 |
| 1635 Village Center Circle, Suite 200 | 7625 Dean Martin Drive, Suite 110 |
| Las Vegas, NV 89134 | Las Vegas, NV 89139 |
| | |
| *Attorneys for U.S. Bank National Association, as Trustee for the Holders of the WMALT 2006-AR8 Trust, Nationstar Mortgage LLC, and Bank of America, N.A.* | *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE
Case No.:  2:15-cv-01423-JCM-VCF

**DATED:** ___September 22, 2023_____

2