**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE WMALT 2006-AR8 TRUST, | 2:15-cv-01423-JCM-VCF |
| Plaintiff(s), | **ORDER** |
| v. | |
| ANTELOPE CANYON HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | |
| Defendant(s). | |

All claims between U.S. Bank and SFR having been dismissed pursuant to the parties' stipulation. ECF No. 139.

Accordingly,

IT IS HEREBY ORDERED that the status hearing scheduled for October 16, 2023, is VACATED.

DATED this 26th day of September 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1