UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>　　Plaintiff<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, et al.,<br><br>　　Defendants<br><br>AND ALL RELATED COUNTER AND CROSS CLAIMS | Case No.: 2:15-cv-01423-APG-VCF<br><br>**Order for Status Report** |

　　This case was recently transferred to me, and it appears that the main claims between the parties have been resolved.

　　I THEREFORE ORDER that by November 17, 2023, the parties shall file a status report regarding what, if anything, remains to be resolved in this case. If anything remains, the parties should propose a schedule for resolution of all outstanding issues.

　　DATED this 16th day of October, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE