SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:     (702) 634-5000
Facsimile:       (702) 380-8572
Email:  scott.lachman@akerman.com
Email:  lilith.xara@akerman.com

*Attorneys for U.S. Bank National Association, as Trustee for the Holders of the WMALT 2006-AR8 Trust, Nationstar Mortgage LLC, and Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE WMALT 2006-AR8 TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>ANTELOPE CANYON HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1 LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br><br>*and all related claims* | Case No.: 2:15-cv-01423-APG-VCF<br><br>**JOINT STATUS REPORT PER ECF NO. 134** |

U.S. Bank National Association, as Trustee for the Holders of the WMALT 2006-AR8 Trust, Nationstar Mortgage LLC, Bank of America, N.A. (**BANA**), SFR Investments Pool 1, LLC (**SFR**), and Antelope Canyon Homeowners Association (**HOA**) jointly file the following status report.

1. On February 24, 2023 this court ordered the parties to file this joint status report apprising the court of the status of this case. ECF No. 134.

2. This matter was settled between BANA, the HOA, and SFR.

3. On July 13, 2023 BANA and the HOA filed a stipulated dismissal. ECF No. 123.

4. On July 17, 2023 the court entered the order of dismissal. ECF No. 125.

5. On September 22, 2023 BANA and SFR filed a stipulated dismissal. ECF No. 129.

6. On September 26, 2023 the court entered the order of dismissal. ECF No. 130.

7. BANA, SFR, and the HOA inform the court that nothing remains to be resolved in this case.

DATED: October 18, 2023                    *Respectfully submitted,*

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| /s/ *Lilith V. Xara* <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> LILITH V. XARA, ESQ. <br> Nevada Bar No. 13138 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for U.S. Bank National Association, as Trustee for the Holders of the WMALT 2006-AR8 Trust, Nationstar Mortgage LLC, and Bank of America, N.A.* | /s/ *Karen L. Hanks* <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> CHANTEL M. SCHIMMING, ESQ. <br> Nevada Bar No. 8886 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, NV 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |
| **LEACH KERN GRUCHOW ANDERSON SONG** <br><br> /s/ *Sean L. Anderson* <br> SEAN L. ANDERSON, ESQ. <br> Nevada Bar No. 7259 <br> RYAN D. HASTINGS, ESQ. <br> Nevada Bar No. 12394 <br> 2525 Box Canyon Drive <br> Las Vegas, Nevada 89128 <br><br> *Attorneys for Antelope Canyon Homeowners Association* | |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572